Gonzalez v. Weil, Gotshal & Manges, LLP

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of June, two thousand fifteen.

PRESENT:
> RICHARD C. WESLEY,
> PETER W. HALL,
> DENNY CHIN,
> *Circuit Judges.*

_____

SORAYA ROJAS GONZALEZ,

> *Plaintiff-Appellant*,

v.                                                                                      No. 14-1583

WEIL, GOTSHAL & MANGES, LLP,
KEVIN MAGGERTY, KATHY ORTIZ,
BARBARA SMITH, TYRA BOWENS,

> *Defendants-Appellees*.

_____

FOR PLAINTIFF-APPELLANT:          SORAYA ROJAS GONZALEZ, *pro se*, Forest Hills, NY.


FOR DEFENDANTS-APPELLEES:          LOUIS P. DILORENZO, Bond, Schoeneck & King PLLC, New York, NY.

_____

Appeal from a judgment of the United States District Court for the Eastern District of New York (Kuntz, J.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED**.

Appellant Soraya Rojas Gonzalez, proceeding *pro se*, appeals the district court's judgment dismissing her Americans with Disabilities Act complaint. The district court ruled that Gonzalez did not timely file a charge of discrimination with the Equal Employment Opportunity Commission and had not demonstrated her entitlement to equitable tolling. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review the dismissal of a complaint de novo, "construing the complaint liberally, accepting all factual allegations in the complaint as true, and drawing all reasonable inferences in the plaintiff's favor." *See Chambers v. Time Warner, Inc.*, 282 F.3d 147, 152 (2d Cir. 2002). Gonzalez does not argue that her administrative charge was timely filed and has therefore abandoned any challenge to the district court's ruling that it was untimely. *See LoSacco v. City of Middletown*, 71 F.3d 88, 92-93 (2d Cir. 1995). We review the denial of equitable tolling for abuse of discretion. *See Zerilli-Edelglass v. N.Y.C. Transit Auth.*, 333 F.3d 74, 81 (2d Cir. 2003).

Our review of the record reveals no abuse of discretion in the court's denial of equitable tolling. We affirm for substantially the reasons stated by the district court in its thorough April 30, 2014, memorandum.

We have considered all of Gonzalez's remaining arguments and find them to be without merit. Accordingly, we **AFFIRM** the judgment of the district court.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

3